RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Ismael Bernal Olguin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL BERNAL OLGUIN,<br><br>Defendant. | Case No. 2:26-mj-00204-DJA<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Ismael Bernal Olguin, that the Preliminary Hearing currently scheduled on July 9, 2026, be vacated and continued to date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Parties are actively working towards a preindictment resolution. Additional time is needed for defense counsel to request and obtain mitigation documentation.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested herein is not sought for purposes of delay, but to allow parties to negotiate.

6. The additional time requested by this stipulation, is allowed, with the defendant's consent under the Federal Rules of Procedure 5.1 (d).

This is the first request for a continuance of the preliminary hearing.

DATED this 25th day of June 2026.

RENE L. VALLADARES
Federal Public Defender

*/s/ Raquel Lazo*
By______________________________

RAQUEL LAZO
Assistant Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

*/s/ Clay Plummer*
By______________________________

CLAY PLUMMER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISMAEL BERNAL OLGUIN,

Defendant.

Case No. 2:26-mj-00204-DJA

**ORDER**

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Thursday, July 9, 2026, at 4:00 p.m. be vacated and continued to **October 9, 2026, at 4:00 p.m.**

DATED this 25th of June 2026.

______________________________
UNITED STATES MAGISTRATE JUDGE